**Petition for Writ of Mandamus Denied and Memorandum Opinion filed December 21, 2012**



In The

# 𝕱𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘

### NO. 14-12-01148-CV

## IN RE THANH JOHN VAN, M.D., Relator

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**55th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2012-72839**

## MEMORANDUM OPINION

On December 20, 2012, relator filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. §22.221 (Vernon 2004); *see also* Tex. R. App. P. 52. In the petition, relator asks this Court to compel the Honorable Jeff Shadwick, presiding judge of the 55th District Court of Harris County to vacate his order of December 18, 2012.

The petition for writ of mandamus is denied. *See* Tex. R. App. P. 52.8(a). The stay order issued by this Court on December 20, 2012, in trial court cause number 2012-72839, styled *In Re Ray Immonen,* is lifted.


PER CURIAM


Panel consists of Justices Frost, Christopher, and Jamison.